

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

Sandra Franklin, Appellant

No. 06-13-00126-CV        v.

Shontinier Benton-Elam, Appellee

Appeal from the County Court at Law of Houston County, Texas (Tr. Ct. No. 13CCL-084). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Sandra Franklin, pay all costs of this appeal.

RENDERED APRIL 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk